UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LEONEL LOPEZ AND | § | |
| ELIA C. LOPEZ | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-03-209 |
| | § | |
| | § | |
| MEL MARTINEZ, Secretary of | § | |
|    Housing and Urban Development | § | |
|    Defendant | § | |

### NOTICE OF APPEARANCE OF COUNSEL
### FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that the undersigned Steven T. Schammel, Assistant U.S. Attorney, is appearing as attorney-in-charge for Defendant in the above-referenced cause.

Respectfully submitted,

MICHAEL SHELBY
UNITED STATES ATTORNEY

STEVEN T. SCHAMMEL
Assistant U. S. Attorney
1701 W. Highway 83, Suite #600
McAllen, Texas 78501
(956) 618-8010
(956) 618-8016 (fax)
State Bar No. 24007990

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the true and foregoing Notice of Appearance of Counsel for the United States of America was sent by fax and mailed via First-Class Mail to the following:

> Mr. Dennis A. Downey
> Attorney at Law
> 1185 FM 802
> Ste. 3
> Brownsville, TX 78521
>
> Fax: 956-544-0562

on this the 2nd day of February, 2004.

                                               STEVEN T. SCHAMMEL
                                               Assistant U. S. Attorney