THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

INITIAL PRETRIAL AND SCHEDULING CONFERENCE
(HELD TELEPHONICALLY IN CHAMBERS)

FEB 1 3 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-209    DATE & TIME: 2/13/04 @10:19 - 10:20 am
                                          12:00 - 12:15 p.m.
                                          COUNSEL:

| | | |
|---|---|---|
| **LEONEL LOPEZ & ELIA C. LOPEZ** | § | Denis Downey |
| VS | § | |
| **MEL MARTINEZ, Secretary of Housing & Urban Development** | § | Steven Schammel, AUSA |

Courtroom Deputy: Irma Soto
Court Reporter:   Barbara Barnard

Case called on the docket. No one present.
Case called on the docket. Denis Downey appeared in person for Plaintiffs. Steven Schammel, AUSA, appeared telephonically for the Defendants.

The Plaintiff to answer by March 12, 2004.

The following dates set by the Court:

    Jury Selection set for 5/6/04 @ 9:00 am
    Final Pretrial set for 5/4/04 @ 1:30 pm
    Joint Pretrial Order due by 4/16/04
    Plaintiffs' experts named by March 12, 2004
    Defendant's experts named by April 2, 2004
    Any motions to be filed by the time of the pretrial order (4/16/04)

Court is advised by the parties they are agreeable to mediation.  Mediation to be done by April 9, 2004.

Court is adjourned.