IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Leonel Lopez & Elia C. Lopez | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-209 |
| Mel Martinez, Secretary of Housing & Urban Development | § § | |

## Scheduling Order

1. Trial: Estimated time to try: ____ days.          ☐ Bench   ■ Jury

2. New parties must be joined by:                                             _____
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     March 12, 2004
3a. Plaintiff to file an answer by:                                          March 12, 2004

4. The defendant's experts must be named with a report furnished by:     April 2, 2004

5. Discovery must be completed by:                                         _____

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                                   _____
   Non-Dispositive Motions will be filed by:                               _____

**Any motions to be filed by the time of the pretrial order.**

*************************  The Court will provide these dates.  *************************

7. Joint pretrial order is due:                                            April 16, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                                    May 4, 2004

9. Jury Selection is set for 9:00 a.m. on:*                                May 6, 2004

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

Signed this the _25th_ day of __February__, 2004.

_____
Andrew S. Hanen
United States District Judge

xc: **ALL COUNSEL OF RECORD**