UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LEONEL LOPEZ AND ELIA C. LOPEZ, | § § § |
| Plaintiffs, | § § |
| vs. | § § § § § § § § § § | 
| MEL MARITNEZ, Secretary of Housing and Urban Development, | |
| Defendant | |

CIVIL ACTION NO. B-03-209

## CITATION OF ADDITIONAL AUTHORITIES

Defendant Mel Martinez, Secretary of the United States Department of Housing and Urban Development, respectfully files this Citation of Additional Authorities.

*Coggeshall Development Corp. V. Diamond*, 884 F.2d 1,3 (1st Cir. 1989): "Federal Courts do not have the power to order specific performance by the United States of its alleged contractual obligations...We are unaware of any waiver of sovereign immunity by the United States as to specific performance for breach of contract."

*White v. Administrator of General Services Administration of the United States*, 343 F.2d 444, 446 (9th Cir. 1965): From the beginning of its history, the United States asserted and maintained complete immunity from suit until Congress, by the Act of February 24, 1855, 10 Stat. 612, created the United States Court of Claims and gave consent for the United States to be sued for compensation for certain breaches of duty, one of which was breach of contract. The Act of March 3, 1887, 24 Stat. 505, 28 U.S.C. § 1346, conferred

a partly parallel jurisdiction upon the United States District Courts. Those statutes have never been regarded as having given consent that the United States could be ordered by a court to specifically perform a contract.

                         Respectfully submitted,

                         MICHAEL T. SHELBY
                         UNITED STATES ATTORNEY

                         STEVEN SCHAMMEL
                         DAVID L. GUERRA
                         Assistant United States Attorneys
                         1701 W. Hwy. 83, Ste. 600
                         McAllen, TX 78501
                         Telephone: (956) 618-8010
                         (956) 618-8016 (fax)
                         State Bar No. 24007990

OF COUNSEL:

      William V. Cerbone, Jr.
      Associate Regional Counsel
      U.S. Department of Housing
      & Urban Development
      801 Cherry Street,
      28th Floor
      Ft. Worth, Tx. 76113-2905
      (817) 978-5993

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing Defendant's Motion to Dismiss and/or Alternatively Motion for Summary Judgment was sent by First-Class Mail to the following:

Mr. Dennis A. Downey
Attorney at Law
1185 FM 802
Ste. 3
Brownsville, TX 78521

on this the 9th day of April, 2004.

Steven T. Schammel
Assistant U. S. Attorney

## CERTIFICATE OF CONFERENCE

Counsel for the Defendant attempted to discuss this case by phone on April 9, 2004

Counsel for Plaintiff was unable to be reached, a message was left on his answering machine.

Steven T. Schammel
Assistant United States Attorney