

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*
United States District Court
Southern District of Texas
FILED

JUL 1 9 2004

Michael N. Milby
Clerk of Court

1701 West Highway 83, Suite 600         Phone (956) 618-8010
Bentsen Tower                            Fax (956) 618-8016
McAllen, Texas 78501

July 19, 2004

Hon. Andrew S. Hanen
United States District Judge
United States Courthouse
600 East Harrison, #301
Brownsville, Texas 78520-7114

Re:   *Leonel Lopez and Elia C. Lopez v. Mel Martinez, Secretary of Housing and Urban Development*, Civil Action No. B-03-209

Dear Judge Hanen:

Pursuant to your order of July 15, 2004, the parties hereby notify you that mediation has been scheduled for August 5, 2004 at 1:00 pm with Mr. Israel Ramon in McAllen, Texas.

                    Sincerely,
                    MICHAEL T. SHELBY
                    UNITED STATES ATTORNEY

                    Steven T. Schammel
                    Assistant United States Attorney
                    McAllen Division, SDTX
                    1701 W. Business 83, Suite 600
                    McAllen, Texas 78501
                    Phone: 956-618-8010
                    Fax:   956-618-8016

*Dennis A. Downey*   by permission
Mr. Dennis A. Downey
State Bar No.06085500
Federal No.   1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Phone: 956-544-0561
Fax:    956-544-0562

cc:   Mr. Dennis A. Downey
      1185 F.M. 802, Suite 3
      Brownsville, Texas 78526-1538

      Irma Soto, Case Manager
      United States District Clerk
      600 East Harrison, #101
      Brownsville, Texas 78520-7114