UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LEONEL LOPEZ AND ELIA C. LOPEZ, | § § § |
| Plaintiffs, | § § |
| vs. | § § CIVIL ACTION NO. B-03-209 |
| | § § |
| MEL MARTINEZ, Secretary of Housing and Urban Development, | § § § |
| Defendant | § |

### AGREED MOTION TO STRIKE DEMAND FOR JURY TRIAL

Defendant Mel Martinez, Secretary of the United States Department of Housing and Urban Development, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and respectfully files this *Agreed Motion to Strike Jury Demand*, and in support would show as following:

1. The partes are in agreement that no right to a jury trial exists under the Constitution or Statutes of the United States as to any of the issues of fact in this action.

### Conclusion

For the foregoing reasons, the parties respectfully pray that the Court grant this *Agreed Motion to Strike Demand for Jury Trial.*

Respectfully submitted,
MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorneys
1701 W. Hwy. 83, Ste. 600
McAllen, TX 78501
Telephone: (956) 618-8010
(956) 618-8016 (fax)
State Bar No. 24007990

OF COUNSEL:

William V. Cerbone, Jr.
Associate Regional Counsel
U.S. Department of Housing & Urban Development
801 Cherry Street,
28th Floor
Ft. Worth, TX 76113-2905
(817) 978-5993

Mr. Dennis A. Downey
State Bar No.06085500
Federal No.    1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Phone: 956-544-0561
Fax:    956-544-0562

by /permission

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff was contacted by telephone on June 22, 2004. The parties are in agreement with this motion.

STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing *Agreed Motion to Strike Demand for Jury Trial* was sent by United States Certified Mail Return Receipt Requested to the following:

Mr. Dennis A. Downey
Attorney at Law
1185 FM 802
Ste. 3
Brownsville, TX 78521

on this the 24th day of June, 2004.

Steven T. Schammel
Assistant United States Attorney