United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**FINAL PRETRIAL CONFERENCE**

CIVIL ACTION NO. B-03-209    DATE & TIME: 6/29/04 @1:39-2:00 p.m.

COUNSEL:

| | | |
|---|---|---|
| LEONEL LOPEZ & ELIA C. LOPEZ | § | Dennis Downey |
| VS | § | |
| MEL MARTINEZ, Secretary of Housing & Urban Development | § | David Guerra |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Delgado


Case called on the docket. Dennis Downey appeared for Plaintiffs. David Guerra, AUSA, appeared for the Deft.

Deft's Motion for Summary Judgment and Motion to Dismiss are pending in this case. After discussion, Court orders mediation by August 13, 2004. Jury selection presently set for 7/1/04 is hereby passed.

Court is adjourned.