United States District Court
Southern District of Texas
ENTERED

JUL 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LEONEL LOPEZ AND ELIA C. LOPEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-209 |
| MEL MARTINEZ, Secretary of Housing and Urban Development | § § § | |

## ORDER

On the 29th day of June, 2004, this Court held a conference with the attorneys in this matter and held in abeyance all pending motions. The court ordered the parties to mediate this case by August 13, 2004. The parties are to inform the court by joint letter when and where the mediation is to be held as soon as it is arranged. The court also orders attendance by all necessary individuals with authority to bind both sides.

If the mediation cannot be accomplished by August 13, 2004, the parties shall file a motion to extend that deadline giving the reason for such extension and providing the court with a date certain for the mediation. If such motion is filed, the court will then take it under advisement, but in no event will the court entertain a date beyond September 10, 2004.

All current settings are hereby canceled pending this mediation.

Done this 15th day of July, 2004.

_____
Andrew S. Hanen
United States District Judge