# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LEONEL LOPEZ AND | § | |
| ELIA C. LOPEZ, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-209 |
| | § | |
| MEL MARTINEZ, SECRETARY OF HOUSING | § | |
| AND URBAN DEVELOPMENT | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

COME NOW LEONEL LOPEZ AND ELIA C. LOPEZ, Plaintiffs herein, together with MEL MARTINEZ, Secretary of Housing and Urban Development, Defendant, and jointly move this court, pursuant to settlement of this case in mediation, and pursuant to the Federal Rules of Civil Procedure, to dismiss this case with prejudice. The parties stipulate that this dismissal shall act to a bar to all causes of action which Plaintiffs may also have against any agent or employee of Defendant, acting within or without such person's governmental authority, and which arise or are connected with, the sale of the Lasby Park Terrace Apartments, San Benito, Cameron County, Texas.

**For Plaintiffs**

_____
DENIS A. DOWNEY
Attorney at Law
1185 F.M. 802, Suite 3
Brownsville, TX 78526-1538
Telephone: 956-544-0561
Fax: 956-544-0562

For the United States:

*[signature]*

STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 West Business 83, Suite 600
McAllen, TX 78501
Telephone:   956-992-9354
Fax:   956-618-8016