United States District Court
Southern District of Texas
FILED

*20*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ADR MEMORANDUM TO CLERK OF COURT

AUG 0 9 2004

Michael N. Milby, Clerk

LEONEL LOPEZ & ELIA C. LOPEZ
                        Plaintiff(s)

DIVISION __McAllen_____

CIVIL ACTION NO. __B-03-209__

V.

MEL MARTINEZ, SECRETARY OF_____
HOUSING AND URBAN DEVELOPMENT
                        Defendant(s)

ADR METHOD:    Mediation    __X__       Arbitration    _____
               Mini-trial   _____      Summary Jury Trial _____

TYPE OF CASE:__breach of contract__

1.    Please check one of the following:
      The case referred to ADR settled __X__ or did not settle _____.

2.    My total fee and expenses were: $__450.00__ per party.

3.    Please list names, addresses and telephone numbers of all parties and all
      counsel of record:

Mr. Leonel Lopez
Mrs. Elia C. Lopez
235 Sunset Drive
Brownsville, TX 78520
(956) 982-1226
PLAINTIFFS

Mr. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, TX 78526-1538
(956) 544-0561
ATTORNEY FOR PLAINTIFFS

Mr. Steve Schammel
1701 W. Bus. Hwy. 83, Ste. 600
McAllen, TX 78501
(956) 618-8010
ASSISTANT U.S. ATTORNEY FOR DEFENDANT

Mr. David Guerra
1701 W. Bus. Hwy. 83, Ste. 600
McAllen, TX 78501
(956) 618-8010
ASSISTANT U.S. ATTORNEY FOR DEFENDANT

Mr. Daniel Hu
P.O. Box 61129
Houston, TX
(956) 567-9000
ASSISTANT U.S. ATTORNEY FOR DEFENDANT

Mr. Bill Cerbone, HUD
801 Cherry St. Room 2706
Forth Worth, TX 76102
ASSOCIATE REGIONAL COUNSEL
(817) 978-5993

Mr. Alvin E. Braggs, HUD
Director Multifamily Real Estate Owned Branch
801 Cherry St. Room 2706
Forth Worth, TX 76102

ADR PROVIDER

Date: August 6, 2004

Name: ___Israel Ramon, Jr.___
Signature: _____