UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LEONEL LOPEZ AND ELIA C. LOPEZ, Plaintiffs, | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-209 |
| MEL MARTINEZ, Secretary of Housing and Urban Development Defendant. | § § § § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON to be heard the joint motion of the Plaintiffs and Defendant in this case to dismiss this case with prejudice, and the court having considered such motion, hereby ORDERS that this case be dismissed with prejudice. Such dismissal shall encompass all claims which Plaintiffs may have had as against not only named Defendant but also as against any agent or employee of Defendant with respect to the sale of the Lasby Park Terrace Apartments, San Benito, Cameron County, Texas.

Date: August 12, 2004

_____
Hon. Andrew Hanen
United States District Judge